**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Christopher Mossor             CHAPTER 7
                Debtor(s)

                                      BKY. NO. 23-10730 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

    Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
20 Mar 2023, 10:35:40, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322