# Earnings Statement

| | |
|---|---|
| EMPLOYEE ID | 144782 |
| | Page 001 of 001 |
| Period Beg/End: | 02/20/2023 - 02/26/2023 |
| Advice Date: | 03/03/2023 |
| Advice Number: | 0000000063 |
| Batch Number: | 202302281208 |

*MasTec Professional Services, LLC*
*450 Davis Drive*
*Plymouth Meeting, PA 19462*

**CHRISTOPHER M MOSSOR**
**811 HAMILTON STREET**
**NORRISTOWN, PA 19401**

**For inquiries on this statement please call: 484-344-2161**

Total Hours Worked:    42.00
Basis of Pay:          Hourly
Pay Rate:              29.10500

| Description | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 29.10500 | 40.00 | 1,164.20 | 9,459.15 |
| OT Time and | 43.65750 | 2.00 | 87.32 | 87.32 |
| Training | 0.00000 | 0.00 | 0.00 | 436.58 |
| Bonus | 0.00000 | 0.00 | 0.00 | 373.60 |
| PTO - Hourly | 0.00000 | 0.00 | 0.00 | 349.26 |
| Holiday - Ho | 0.00000 | 0.00 | 0.00 | 232.84 |

| Deduction | Current | YTD |
|---|---|---|
| Federal Withholdi | 157.68 | 1,343.88 |
| FICA SS - Employe | 72.96 | 636.51 |
| FICA Medicare - E | 17.06 | 148.86 |
| Health Insurance | 53.63 | 482.67 |
| Dental (pre-tax) | 8.47 | 76.23 |
| Vision (pre-tax) | 1.75 | 15.75 |
| AFLAC-Accident (p | 4.26 | 38.34 |
| AFLAC-Critical (p | 6.61 | 59.49 |
| 401k % (pre-tax) | 62.58 | 546.94 |
| Roth 401k % (afte | 37.55 | 328.20 |
| 401k Loan (after | 23.56 | 212.04 |
| Vol Life (after t | 12.74 | 114.31 |
| Short Term Disa ( | 6.11 | 54.81 |
| Long Term Disa (a | 7.34 | 65.85 |
| Legal Assistance | 3.50 | 31.50 |
| Pennsylvania SIT | 36.13 | 315.20 |
| LST-PA HEAD TAX | 2.00 | 20.00 |
| PA461002-NORRISTO | 18.83 | 164.25 |
| PA Norristown ASD | 5.88 | 51.35 |
| -New Jersey SUTA | 0.00 | 24.97 |
| **Deduction Totals** | **539.39** | **4,733.71** |

**Gross Pay**    42.00    1,251.52    10,938.75

**Company-Paid Benefits**

| Leave Codes | Pd Usage | YTD Usage | Balance |
|---|---|---|---|
| PTO | 0.00 | 12.00 | 164.00 |
| Sick Pay | 0.00 | 0.00 | 40.00 |
| **Leave Totals** | | 12.00 | 204.00 |

**Net Pay**    712.13    6,205.04

© 2002 Automatic Data Processing (PCSUVO)

---

*MasTec Professional Services, LLC*
*450 Davis Drive*
*Plymouth Meeting, PA 19462*

Advice Number:    0000000063
Advice Date:    03/03/2023


THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| CHRISTOPHER M MOSSOR | | | |
| Checking | XXXXXX4609 | 236084243 | 80.00 |
| Savings | XXXXXXXX5771 | 031202084 | 20.00 |
| Checking | XXXXXXXX0944 | 236084243 | 612.13 |

# Earnings Statement

|  |  |
|---|---|
| EMPLOYEE ID | 144782 |
|  | Page 001 of 001 |
| Period Beg/End: | 02/13/2023 - 02/19/2023 |
| Advice Date: | 02/24/2023 |
| Advice Number: | 0000000062 |
| Batch Number: | 202302211213 |

MasTec Professional Services, LLC
450 Davis Drive
Plymouth Meeting, PA 19462

CHRISTOPHER M MOSSOR
811 HAMILTON STREET
NORRISTOWN, PA 19401

**For inquiries on this statement please call: 484-344-2161**

Total Hours Worked: 28.00
Basis of Pay: Hourly
Pay Rate: 29.10500

| Earnings | Rate | Hours | Current | YTD | | Deductions | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Regular Pay | 29.10500 | 13.00 | 378.37 | 8,294.95 | | Federal Withholdi | 139.43 | 1,186.20 |
| Training | 29.10500 | 15.00 | 436.58 | 436.58 | | FICA SS - Employe | 67.55 | 563.55 |
| Bonus | 0.00000 | 0.00 | 0.00 | 373.60 | | FICA Medicare - E | 15.80 | 131.80 |
| PTO - Hourly | 29.10500 | 12.00 | 349.26 | 349.26 | | Health Insurance | 53.63 | 429.04 |
| Holiday - Ho | 0.00000 | 0.00 | 0.00 | 232.84 | | Dental (pre-tax) | 8.47 | 67.76 |
| | | | | | | Vision (pre-tax) | 1.75 | 14.00 |
| | | | | | | AFLAC-Accident (p | 4.26 | 34.08 |
| | | | | | | AFLAC-Critical (p | 6.61 | 52.88 |
| | | | | | | 401k % (pre-tax) | 58.21 | 484.36 |
| | | | | | | Roth 401k % (afte | 34.93 | 290.65 |
| | | | | | | 401k Loan (after | 23.56 | 188.48 |
| | | | | | | Vol Life (after t | 12.74 | 101.57 |
| | | | | | | Short Term Disa ( | 6.11 | 48.70 |
| | | | | | | Long Term Disa (a | 7.34 | 58.51 |
| | | | | | | Legal Assistance | 3.50 | 28.00 |
| | | | | | | Pennsylvania SIT | 33.45 | 279.07 |
| **Gross Pay** | | **40.00** | **1,164.21** | **9,687.23** | | LST-PA HEAD TAX | 2.00 | 18.00 |
| | | | | | | PA461002-NORRISTO | 17.43 | 145.42 |
| | | | | | | PA Norristown ASD | 5.45 | 45.47 |
| | | | | | | -New Jersey SUTA | 0.00 | 24.97 |
| | | | | | | **Deduction Totals** | **502.92** | **4,194.32** |

**Company-Paid Benefits**

| Leave Codes | Pd Usage | YTD Usage | Balance |
|---|---|---|---|
| PTO | 12.00 | 12.00 | 164.00 |
| Sick Pay | 0.00 | 0.00 | 40.00 |
| **Leave Totals** | | **12.00** | **204.00** |

| | | |
|---|---|---|
| **Net Pay** | 661.29 | 5,492.91 |

© 2002 Automatic Data Processing (PCSUVO)

---

MasTec Professional Services, LLC
450 Davis Drive
Plymouth Meeting, PA 19462

Advice Number: 0000000062
Advice Date: 02/24/2023

**THIS IS NOT A CHECK**

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| CHRISTOPHER M MOSSOR | | | |
| Checking | XXXXXX4609 | 236084243 | 80.00 |
| Savings | XXXXXXXX5771 | 031202084 | 20.00 |
| Checking | XXXXXXXX0944 | 236084243 | 561.29 |

# Earnings Statement

EMPLOYEE ID 144782
Page 001 of 001

MasTec Professional Services, LLC
450 Davis Drive
Plymouth Meeting, PA 19462

Period Beg/End: 02/06/2023 - 02/12/2023
Advice Date: 02/17/2023
Advice Number: 0000000074
Batch Number: 202302141157

**CHRISTOPHER M MOSSOR**
**811 HAMILTON STREET**
**NORRISTOWN, PA 19401**

**For inquiries on this statement please call: 484-344-2161**

Total Hours Worked:     40.00
Basis of Pay:           Hourly
Pay Rate:               29.10500

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 29.10500 | 40.00 | 1,164.20 | 7,916.58 |
| Holiday - Ho | 0.00000 | 0.00 | 0.00 | 232.84 |

| Deduction | Current | YTD |
|---|---|---|
| Federal Withholdi | 139.43 | 995.53 |
| FICA SS - Employe | 67.55 | 472.84 |
| FICA Medicare - E | 15.79 | 110.58 |
| Health Insurance | 53.63 | 375.41 |
| Dental (pre-tax) | 8.47 | 59.29 |
| Vision (pre-tax) | 1.75 | 12.25 |
| AFLAC-Accident (p | 4.26 | 29.82 |
| AFLAC-Critical (p | 6.61 | 46.27 |
| 401k % (pre-tax) | 58.21 | 407.47 |
| Roth 401k % (afte | 34.93 | 244.51 |
| 401k Loan (after | 23.56 | 164.92 |
| Vol Life (after t | 12.74 | 88.83 |
| Short Term Disa ( | 6.11 | 42.59 |
| Long Term Disa (a | 7.34 | 51.17 |
| Legal Assistance | 3.50 | 24.50 |
| Pennsylvania SIT | 33.45 | 234.15 |
| LST-PA HEAD TAX | 2.00 | 14.00 |
| PA461002-NORRISTO | 17.43 | 122.01 |
| PA Norristown ASD | 5.45 | 38.15 |
| -New Jersey SUTA | (62.69) | 24.97 |
| **Deduction Totals** | **439.52** | **3,560.15** |

**Gross Pay**     40.00    1,164.20    8,149.42

**Company-Paid Benefits**

| Leave Codes | Pd Usage | YTD Usage | Balance |
|---|---|---|---|
| PTO | 0.00 | 0.00 | 176.00 |
| Sick Pay | 0.00 | 0.00 | 40.00 |
| **Leave Totals** | | 0.00 | 216.00 |

**Net Pay**     724.68    4,589.27

© 2002 Automatic Data Processing (PCSUVO)

---

MasTec Professional Services, LLC
450 Davis Drive
Plymouth Meeting, PA 19462

Advice Number: 0000000074
Advice Date: 02/17/2023

**THIS IS NOT A CHECK**

| Deposited to the account of | | Account Number | Transit ABA | Amount |
|---|---|---|---|---|
| CHRISTOPHER M MOSSOR | Checking | XXXXXX4609 | 236084243 | 80.00 |
| | Savings | XXXXXXXX5771 | 031202084 | 20.00 |
| | Checking | XXXXXXXX0944 | 236084243 | 624.68 |

# Earnings Statement

| | |
|---|---|
| EMPLOYEE ID | 144782 |
| | Page 001 of 001 |
| Period Beg/End: | 01/16/2023 - 01/22/2023 |
| Advice Date: | 01/27/2023 |
| Advice Number: | 0000000062 |
| Batch Number: | 202301241240 |

*MasTec Professional Services, LLC*
*450 Davis Drive*
*Plymouth Meeting, PA 19462*

**CHRISTOPHER M MOSSOR**
**811 HAMILTON STREET**
**NORRISTOWN, PA 19401**

**For inquiries on this statement please call: 484-344-2161**

Total Hours Worked:     40.00
Basis of Pay:           Hourly
Pay Rate:               29.10500

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Regular Pay | 29.10500 | 40.00 | 1,164.20 | 4,423.98 | Federal Withholdi | 139.43 | 577.24 |
| Holiday - Ho | 0.00000 | 0.00 | 0.00 | 232.84 | FICA SS - Employe | 67.55 | 270.19 |
| | | | | | FICA Medicare - E | 15.80 | 63.19 |
| | | | | | Health Insurance | 53.63 | 214.52 |
| | | | | | Dental (pre-tax) | 8.47 | 33.88 |
| | | | | | Vision (pre-tax) | 1.75 | 7.00 |
| | | | | | AFLAC-Accident (p | 4.26 | 17.04 |
| | | | | | AFLAC-Critical (p | 6.61 | 26.44 |
| | | | | | 401k % (pre-tax) | 58.21 | 232.84 |
| | | | | | Roth 401k % (afte | 34.93 | 139.72 |
| | | | | | 401k Loan (after | 23.56 | 94.24 |
| | | | | | Vol Life (after t | 12.74 | 50.61 |
| | | | | | Short Term Disa ( | 6.11 | 24.26 |
| | | | | | Long Term Disa (a | 7.34 | 29.15 |
| | | | | | Legal Assistance | 3.50 | 14.00 |
| | | | | | Pennsylvania SIT | 33.45 | 133.80 |
| **Gross Pay** | | **40.00** | **1,164.20** | **4,656.82** | LST-PA HEAD TAX | 2.00 | 8.00 |
| | | | | | PA461002-NORRISTO | 17.43 | 69.72 |
| | | | | | PA Norristown ASD | 5.45 | 21.80 |
| | | | | | Pennsylvania SUTA | 0.00 | 0.89 |
| | | | | | **Deduction Totals** | **502.22** | **2,028.53** |

**Company-Paid Benefits**

| Leave Codes | Pd Usage | YTD Usage | Balance |
|---|---|---|---|
| PTO | 0.00 | 0.00 | 136.00 |
| Sick Pay | 0.00 | 0.00 | 40.00 |
| | | | |
| **Leave Totals** | | **0.00** | **176.00** |

| | | |
|---|---|---|
| **Net Pay** | **661.98** | **2,628.29** |

© 2002 Automatic Data Processing (PCSUVO)

---

MasTec Professional Services, LLC
450 Davis Drive
Plymouth Meeting, PA 19462

| | |
|---|---|
| Advice Number: | 0000000062 |
| Advice Date: | 01/27/2023 |



| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| **CHRISTOPHER M MOSSOR** | | | |
| Checking | XXXXXX4609 | 236084243 | 80.00 |
| Savings | XXXXXXXX5771 | 031202084 | 20.00 |
| Checking | XXXXXXXX0944 | 236084243 | 561.98 |

# Earnings Statement

MasTec Professional Services, LLC  
450 Davis Drive  
Plymouth Meeting, PA 19462

EMPLOYEE ID: 144782  
Page 001 of 001  
Period Beg/End: 01/30/2023 - 02/05/2023  
Advice Date: 02/10/2023  
Advice Number: 0000000062  
Batch Number: 202302071109

CHRISTOPHER M MOSSOR  
811 HAMILTON STREET  
NORRISTOWN, PA 19401

**For inquiries on this statement please call: 484-344-2161**

Total Hours Worked: 40.00  
Basis of Pay: Hourly  
Pay Rate: 29.10500

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Regular Pay | 29.10500 | 40.00 | 1,164.20 | 6,752.38 | Federal Withholdi | | 139.43 | 856.10 |
| Holiday - Ho | 0.00000 | 0.00 | 0.00 | 232.84 | FICA SS - Employe | 67.55 | 405.29 |
| | | | | | FICA Medicare - E | 15.80 | 94.79 |
| | | | | | Health Insurance | 53.63 | 321.78 |
| | | | | | Dental (pre-tax) | 8.47 | 50.82 |
| | | | | | Vision (pre-tax) | 1.75 | 10.50 |
| | | | | | AFLAC-Accident (p | 4.26 | 25.56 |
| | | | | | AFLAC-Critical (p | 6.61 | 39.66 |
| | | | | | 401k % (pre-tax) | 58.21 | 349.26 |
| | | | | | Roth 401k % (afte | 34.93 | 209.58 |
| | | | | | 401k Loan (after | 23.56 | 141.36 |
| | | | | | Vol Life (after t | 12.74 | 76.09 |
| | | | | | Short Term Disa ( | 6.11 | 36.48 |
| | | | | | Long Term Disa (a | 7.34 | 43.83 |
| | | | | | Legal Assistance | 3.50 | 21.00 |
| | | | | | Pennsylvania SIT | 33.45 | 200.70 |
| **Gross Pay** | | 40.00 | 1,164.20 | 6,985.22 | LST-PA HEAD TAX | 2.00 | 12.00 |
| | | | | | PA461002-NORRISTO | 17.43 | 104.58 |
| | | | | | PA Norristown ASD | 5.45 | 32.70 |
| | | | | | -New Jersey SUTA | 43.83 | 87.66 |
| | | | | | **Deduction Totals** | **546.05** | **3,120.63** |

**Company-Paid Benefits**

| Leave Codes | Pd Usage | YTD Usage | Balance |
|---|---|---|---|
| PTO | 0.00 | 0.00 | 176.00 |
| Sick Pay | 0.00 | 0.00 | 40.00 |
| **Leave Totals** | | 0.00 | 216.00 |

**Net Pay**    618.15    3,864.59

© 2002 Automatic Data Processing (PCSUVO)

---

MasTec Professional Services, LLC  
450 Davis Drive  
Plymouth Meeting, PA 19462

Advice Number: 0000000062  
Advice Date: 02/10/2023


THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| CHRISTOPHER M MOSSOR | | | |
| Checking | XXXXXX4609 | 236084243 | 80.00 |
| Savings | XXXXXXXX5771 | 031202084 | 20.00 |
| Checking | XXXXXXXX0944 | 236084243 | 518.15 |

# Earnings Statement

*MasTec Professional Services, LLC*
*450 Davis Drive*
*Plymouth Meeting, PA 19462*

EMPLOYEE ID    144782
Page 001 of 001
Period Beg/End:    01/02/2023 - 01/08/2023
Advice Date:    01/13/2023
Advice Number:    0000000061
Batch Number:    202301101428

**CHRISTOPHER M MOSSOR**
**811 HAMILTON STREET**
**NORRISTOWN, PA 19401**

**For inquiries on this statement please call: 484-344-2161**

Total Hours Worked:    32.00
Basis of Pay:    Hourly
Pay Rate:    29.10500

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Regular Pay | 29.10500 | 32.00 | 931.37 | 2,095.57 |
| Holiday - Ho | 29.10500 | 8.00 | 232.84 | 232.84 |

| Deduction | Current | YTD |
|---|---|---|
| Federal Withholdi | 149.19 | 298.38 |
| FICA SS - Employe | 67.55 | 135.10 |
| FICA Medicare - E | 15.80 | 31.60 |
| Health Insurance | 53.63 | 107.26 |
| Dental (pre-tax) | 8.47 | 16.94 |
| Vision (pre-tax) | 1.75 | 3.50 |
| AFLAC-Accident (p | 4.26 | 8.52 |
| AFLAC-Critical (p | 6.61 | 13.22 |
| 401k % (pre-tax) | 58.21 | 116.42 |
| Roth 401k % (afte | 34.93 | 69.86 |
| 401k Loan (after | 23.56 | 47.12 |
| Vol Life (after t | 12.74 | 25.13 |
| Short Term Disa ( | 6.11 | 12.04 |
| Long Term Disa (a | 7.34 | 14.47 |
| Legal Assistance | 3.50 | 7.00 |
| Pennsylvania SIT | 33.45 | 66.90 |
| LST-PA HEAD TAX | 2.00 | 4.00 |
| PA461002-NORRISTO | 17.43 | 34.86 |
| PA Norristown ASD | 5.45 | 10.90 |
| Pennsylvania SUTA | 0.19 | 0.89 |
| **Deduction Totals** | 512.17 | 1,024.11 |

**Gross Pay**    40.00    1,164.21    2,328.41

**Company-Paid Benefits**

| **Leave Codes** | **Pd Usage** | **YTD Usage** | **Balance** |
|---|---|---|---|
| PTO | 0.00 | 0.00 | 120.00 |
| Sick Pay | 0.00 | 0.00 | 40.00 |
| **Leave Totals** | | 0.00 | 160.00 |

**Net Pay**    652.04    1,304.30

© 2002 Automatic Data Processing (PCSUVO)

*MasTec Professional Services, LLC*
*450 Davis Drive*
*Plymouth Meeting, PA 19462*

Advice Number:    0000000061
Advice Date:    01/13/2023



| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| **CHRISTOPHER M MOSSOR** Checking | XXXXXX4609 | 236084243 | 80.00 |
| Savings | XXXXXXXX5771 | 031202084 | 20.00 |
| Checking | XXXXXXXX0944 | 236084243 | 552.04 |