In re:  Case No. 23-11873-mdc

Patricia Nagy  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Oct 20, 2023     Form ID: 318     Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Nagy, 25 Montgomery Drive, Harleysville, PA 19438-2130 |
| 14793370 | + | CAPITAL ONE, PO BOX 71746, PHILADELPHIA, PA 19176-1746 |
| 14793381 | + | Kristina Homoleski, Esq., PO BOX 2121, Warren, MI 48090-2121 |
| 14793384 | + | MDJ-38-1-24, Hon. Albert J. Augustine, 840 Harleysville Pike, Suite 2, Harleysville, PA 19438-1028 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | Oct 21 2023 04:40:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | | Email/Text: megan.harper@phila.gov | Oct 21 2023 00:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Oct 21 2023 04:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 21 2023 00:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14812175 | + | EDI: BASSASSOC.COM | Oct 21 2023 04:39:00 | Accelerated Inventory MGT, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 14793369 | + | EDI: CAPITALONE.COM | Oct 21 2023 04:39:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14793373 | + | EDI: WFNNB.COM | Oct 21 2023 04:40:00 | COMENITY BANK/PEEBLES, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14793374 | + | EDI: WFNNB.COM | Oct 21 2023 04:40:00 | COMENITY BANK/PEEBLES, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 14793375 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 21 2023 00:54:15 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, 6801 CIMARRON RD, LAS VEGAS, NV 89113-2273 |
| 14793376 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 21 2023 00:54:01 | CREDIT ONE BANK, PO BOX 98872, LAS VEGAS, NV 89193-8872 |
| 14807000 | + | EDI: IRS.COM | Oct 21 2023 04:40:00 | Centralized Insolvency Operation, Post Office Box 7346,, Philadelphia, PA 19101-7346 |
| 14793378 | + | EDI: DISCOVER.COM | Oct 21 2023 04:39:00 | DISCOVER FINANCIAL, PO BOX 30939, SALT |

| Record | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | LAKE CITY, UT 84130-0939 |
| 14793377 | + | EDI: DISCOVER.COM | Oct 21 2023 04:39:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 14793379 | + | EDI: PHINGENESIS | Oct 21 2023 04:40:00 | GENESIS FS CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 4477, BEAVERTON, OR 97076-4401 |
| 14793380 | + | EDI: PHINGENESIS | Oct 21 2023 04:40:00 | GENESIS FS CARD SERVICES, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 14793371 | | EDI: JPMORGANCHASE | Oct 21 2023 04:39:00 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850 |
| 14793372 | | EDI: JPMORGANCHASE | Oct 21 2023 04:39:00 | CHASE CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850 |
| 14793383 | + | EDI: LENDNGCLUB | Oct 21 2023 04:39:00 | LENDCLUB BNK, 595 MARKET ST, SAN FRANCISCO, CA 94105-2802 |
| 14793382 | + | EDI: LENDNGCLUB | Oct 21 2023 04:39:00 | LENDCLUB BNK, ATTN: BANKRUPTCY, 595 MARKET STREET, SUITE 200, SAN FRANCISCO, CA 94105-2802 |
| 14793385 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 21 2023 00:48:00 | MIDLAND FUNDING/MIDLAND CREDIT MGMT, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 14793388 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 21 2023 00:48:00 | MIDLAND FUNDING/MIDLAND CREDIT MGMT, 320 EAST BIG BEAVER, TROY, MI 48083-1271 |
| 14793391 | | Email/Text: ml-ebn@missionlane.com | Oct 21 2023 00:47:00 | MISSION LANE LLC, ATTN: BANKRUPTCY, P.O. BOX 105286, ATLANTA, GA 30348 |
| 14793392 | | Email/Text: ml-ebn@missionlane.com | Oct 21 2023 00:47:00 | MISSION LANE LLC, PO BOX 105286, ATLANTA, GA 30348 |
| 14793393 | ^ | MEBN | Oct 21 2023 00:39:36 | OLIPHANT USA, ATTN: BANKRUPTCY, 1800 2ND ST, STE 603, SARASOTA, FL 34236-5990 |
| 14793394 | ^ | MEBN | Oct 21 2023 00:39:35 | OLIPHANT USA, 1800 2ND ST, SARASOTA, FL 34236-5946 |
| 14793398 | | EDI: PRA.COM | Oct 21 2023 04:40:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, 140 CORPORATE BLVD, NORFOLK, VA 23502 |
| 14793395 | | EDI: PRA.COM | Oct 21 2023 04:40:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 14793401 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 21 2023 00:54:32 | RESURGENT CAPITAL SERVICES, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 14793403 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 21 2023 00:54:01 | RESURGENT CAPITAL SERVICES, C/O RESURGENT CAPITAL SERVICES, GREENVILLE, SC 29602 |
| 14793406 | + | EDI: RMSC.COM | Oct 21 2023 04:39:00 | SYNCHRONY BANK/HH GREGG, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 14793405 | + | EDI: RMSC.COM | Oct 21 2023 04:39:00 | SYNCHRONY BANK/HH GREGG, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14793408 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 21 2023 00:47:00 | TOYOTA FINANCIAL SERVICES, PO BOX 9786, CEDAR RAPIDS, IA 52409-0004 |
| 14793407 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 21 2023 00:47:00 | TOYOTA FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 259001, PLANO, TX 75025-9001 |

| 14793411 | + EDI: WFFC2 | Oct 21 2023 04:40:00 | WELLS FARGO BANK NA, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 14793409 | + EDI: WFFC2 | Oct 21 2023 04:40:00 | WELLS FARGO BANK NA, 1 HOME CAMPUS MAC X2303-01A, 3RD FLOOR, DES MOINES, IA 50328-0001 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14793386 | *+ | MIDLAND FUNDING/MIDLAND CREDIT MGMT, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 14793387 | *+ | MIDLAND FUNDING/MIDLAND CREDIT MGMT, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 14793389 | *+ | MIDLAND FUNDING/MIDLAND CREDIT MGMT, 320 EAST BIG BEAVER, TROY, MI 48083-1271 |
| 14793390 | *+ | MIDLAND FUNDING/MIDLAND CREDIT MGMT, 320 EAST BIG BEAVER, TROY, MI 48083-1271 |
| 14793399 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, 140 CORPORATE BLVD, NORFOLK, VA 23502 |
| 14793400 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, 140 CORPORATE BLVD, NORFOLK, VA 23502 |
| 14793396 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 14793397 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 14793402 | *+ | RESURGENT CAPITAL SERVICES, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 14793404 | * | RESURGENT CAPITAL SERVICES, C/O RESURGENT CAPITAL SERVICES, GREENVILLE, SC 29602 |
| 14793412 | *+ | WELLS FARGO BANK NA, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 14793410 | *+ | WELLS FARGO BANK NA, 1 HOME CAMPUS MAC X2303-01A, 3RD FLOOR, DES MOINES, IA 50328-0001 |

TOTAL: 0 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Patricia Nagy bestcasestephen@gmail.com  dunnesr74587@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Patricia Nagy<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1308<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 23-11873-mdc | |

# Order of Discharge                                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Patricia Nagy

<u>10/19/23</u>                                                                          **By the court:**  <u>Magdeline D. Coleman</u>
                                                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                            **Order of Discharge**                                           page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**