United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                            Case No. 23-10730-mdc
Christopher Mossor                  Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                  User: admin                             Page 1 of 5
Date Rcvd: Jul 14, 2023           Form ID: 318                          Total Noticed: 72

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Christopher Mossor, 811 Hamilton Street, Norristown, PA 19401-3616 |
| 14764786 | | CITI/CBNA, CITICORP CREDIT SERVICES; ATTN: CENTRALI, P.O. BOX 790034, KANSAS CITY, MO 64195 |
| 14764793 | + | CITIZENS BANK/FIRST MARK SEVICES, 1 CITIZENS DR, RIVERSIDE, RI 02915-3026 |
| 14764806 | + | HAYNES HOME FURNISHING, 5324 VA BEACH RD, VIRGINIA BEACH, VA 23462-1828 |
| 14764805 | + | HAYNES HOME FURNISHING, ATTENTION: LEGAL, 5324 VIRGINIA BEACH BOULEVARD, VIRGINIA BEACH, VA 23462-1828 |
| 14764831 | + | P S E C U, P.O. BOX 1006, HARRISBURG, PA 17108-1006 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 15 2023 00:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jul 15 2023 04:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 15 2023 00:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14764766 | + | Email/PDF: bncnotices@becket-lee.com | Jul 15 2023 01:01:37 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 14764767 | + | Email/PDF: bncnotices@becket-lee.com | Jul 15 2023 01:01:37 | AMEX, P.O. BOX 981537, EL PASO, TX 79998-1537 |
| 14764770 | + | EDI: BANKAMER.COM | Jul 15 2023 04:46:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 14764768 | + | EDI: BANKAMER.COM | Jul 15 2023 04:46:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 14764772 | + | EDI: CAPITALONE.COM | Jul 15 2023 04:46:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14764776 | + | EDI: CAPITALONE.COM | Jul 15 2023 04:46:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 14764787 | + | EDI: CITICORP.COM | Jul 15 2023 04:46:00 | CITI/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 14764789 | + | EDI: CITICORP.COM | Jul 15 2023 04:46:00 | CITIBANK, PO BOX 6217, SIOUX FALLS, SD |

| | | | | |
|---|---|---|---|---|
| | | | | 57117-6217 |
| 14764788 | + | EDI: CITICORP.COM | Jul 15 2023 04:46:00 | CITIBANK, ATTN: BANKRUPTCY, P.O. BOX 790034, ST LOUIS, MO 63179-0034 |
| 14764791 | + | EDI: CITICORP.COM | Jul 15 2023 04:46:00 | CITIBANK/SUNOCO, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 14764790 | + | EDI: CITICORP.COM | Jul 15 2023 04:46:00 | CITIBANK/SUNOCO, ATTN: BNAKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 14764792 | + | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Jul 15 2023 00:45:59 | CITIZENS BANK/FIRST MARK SEVICES, ATTN: BANKRUPTCY, P.O. BOX 82522, LINCOLN, NE 68501-2522 |
| 14764794 | + | EDI: CITICORP.COM | Jul 15 2023 04:46:00 | COSTCO CITI CARD, ATTN: BANKRUPTCY, PO BOX 6500, SIOUX FALLS, SD 57117-6500 |
| 14764795 | + | EDI: CITICORP.COM | Jul 15 2023 04:46:00 | COSTCO CITI CARD, PO BOX 6190, SIOUX FALLS, SD 57117-6190 |
| 14764796 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 15 2023 00:50:38 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 14764797 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 15 2023 00:50:38 | CREDIT ONE BANK, PO BOX 98872, LAS VEGAS, NV 89193-8872 |
| 14764821 | + | EDI: CITICORP.COM | Jul 15 2023 04:46:00 | MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 14764798 | + | EDI: AMINFOFP.COM | Jul 15 2023 04:47:00 | FIRST PREMIER BANK, 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145 |
| 14764799 | + | EDI: AMINFOFP.COM | Jul 15 2023 04:47:00 | FIRST PREMIER BANK, ATTN: BANKRUPTCY, PO BOX 5524, SIOUX FALLS, SD 57117-5524 |
| 14764801 | + | EDI: PHINGENESIS | Jul 15 2023 04:47:00 | GENESIS FS CARD, ATTN: BANKRUPTCY, PO BOX 4477, BEAVERTON, OR 97076-4401 |
| 14764802 | + | EDI: PHINGENESIS | Jul 15 2023 04:47:00 | GENESIS FS CARD, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 14764803 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 15 2023 00:45:00 | GOLDMAN SACHS BANK USA, ATTN: BANKRUPTCY, PO BOX 70379, PHILADELPHIA, PA 19176-0379 |
| 14764804 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 15 2023 00:45:00 | GOLDMAN SACHS BANK USA, LOCKBOX 6112, PHILADELPHIA, PA 19170-0001 |
| 14764808 | + | EDI: HFC.COM | Jul 15 2023 04:46:00 | HSBC, PO BOX 2013, BUFFALO, NY 14240-2013 |
| 14764807 | + | EDI: HFC.COM | Jul 15 2023 04:46:00 | HSBC, ATTN: BANKRUPTCY, PO BOX 2013, BUFFALO, NY 14240-2013 |
| 14764809 | | EDI: IRS.COM | Jul 15 2023 04:46:00 | INTERNAL REVENUE SERVICE (P), CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 14764780 | | EDI: JPMORGANCHASE | Jul 15 2023 04:46:00 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850 |
| 14764783 | | EDI: JPMORGANCHASE | Jul 15 2023 04:46:00 | CHASE CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850 |
| 14764812 | + | EDI: LENDNGCLUB | Jul 15 2023 04:46:00 | LENDCLUB BNK, 595 MARKET ST, SAN FRANCISCO, CA 94105-2802 |
| 14764810 | + | EDI: LENDNGCLUB | Jul 15 2023 04:46:00 | LENDCLUB BNK, ATTN: BANKRUPTCY, 595 MARKET STREET, SUITE 200, SAN FRANCISCO, CA 94105-2802 |
| 14764814 | + | EDI: LENDNGCLUB | Jul 15 2023 04:46:00 | LENDINGCLUB, ATTN: BANKRUPTCY, 595 |

| Notice # | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | MARKET STREET, SUITE 200, SAN FRANCISCO, CA 94105-2802 |
| 14764817 | + | EDI: LENDNGCLUB | Jul 15 2023 04:46:00 | LENDINGCLUB, 595 MARKET ST, SAN FRANCISCO, CA 94105-2802 |
| 14764820 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jul 15 2023 00:45:00 | LOANCARE LLC, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 14764822 | + | EDI: CITICORP.COM | Jul 15 2023 04:46:00 | MACYS/FDSB, PO BOX 6789, SIOUX FALLS, SD 57117-6789 |
| 14764824 | + | Email/Text: unger@members1st.org | Jul 15 2023 00:46:00 | MEMBERS 1ST FCU, 5000 LOUISE DR, MECHANICSBURG, PA 17055-4899 |
| 14764823 | + | Email/Text: Unger@Members1st.org | Jul 15 2023 00:45:00 | MEMBERS 1ST FCU, ATTN: BANKRUPTCY, 5000 MARKETPLACE WAY, ENOLA, PA 17025-2431 |
| 14764825 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 15 2023 00:50:37 | MERRICK BANK/CCHOLDINGS, ATTN: BANKRUPTCY, P.O. BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 14764826 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 15 2023 00:50:47 | MERRICK BANK/CCHOLDINGS, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 14764827 | + | EDI: AGFINANCE.COM | Jul 15 2023 04:46:00 | ONEMAIN FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14764828 | + | EDI: AGFINANCE.COM | Jul 15 2023 04:46:00 | ONEMAIN FINANCIAL, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 14764829 | + | Email/Text: bankruptcynotices@psecu.com | Jul 15 2023 00:46:00 | P S E C U, ATTENTION: BANKRUPTCY, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14764834 | ^ | MEBN | Jul 15 2023 00:44:02 | PROSPER FUNDING LLC, 221 MAIN STREET, SAN FRANCISCO, CA 94105-1906 |
| 14764833 | ^ | MEBN | Jul 15 2023 00:44:02 | PROSPER FUNDING LLC, 221 MAIN STREET, SUITE 300, SAN FRANCISCO, CA 94105-1909 |
| 14764835 | + | Email/Text: legal@seedfi.com | Jul 15 2023 00:45:00 | SEED FINANCIAL/SEEDFI, ATTN: BANKRUPTCY, 548 MARKET ST., PMB 33447, SAN FRANCISCO, CA 94104-5401 |
| 14764836 | + | Email/Text: legal@seedfi.com | Jul 15 2023 00:45:00 | SEED FINANCIAL/SEEDFI, 268 BUSH ST, SAN FRANCISCO, CA 94104-3503 |
| 14764838 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Jul 15 2023 00:50:59 | SOFI, 2750 EAST COTTONWOOD PARKWAY, SALT LAKE CITY, UT 84121-7285 |
| 14764837 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Jul 15 2023 00:50:38 | SOFI, ATTN: BANKRUPTCY, 2750 EAST COTTONWOOD PARKWAY, STE 300, SALT LAKE CITY, UT 84121-7285 |
| 14764839 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Jul 15 2023 00:50:38 | SOFI LENDING CORP, ATTN: BANKRUPTCY, PO BOX 654158, DALLAS, TX 75265-4158 |
| 14764840 | + | Email/Text: specialservicing@sofi.com | Jul 15 2023 00:46:00 | SOFI LENDING CORP, ONE LETTERMAN DRIVE, SAN FRANCISCO, CA 94129-1512 |
| 14764841 | + | EDI: RMSC.COM | Jul 15 2023 04:46:00 | SYNCB/CRAT, PO BOX 965022, ORLANDO, FL 32896-5022 |
| 14764843 | + | EDI: RMSC.COM | Jul 15 2023 04:46:00 | SYNCHRONY/PAYPAL CREDIT, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 14764842 | + | EDI: RMSC.COM | Jul 15 2023 04:46:00 | SYNCHRONY/PAYPAL CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14764844 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 15 2023 00:45:00 | TOYOTA FINANCIAL SERVICES, ATTN: BANKRUPTCY, PO BOX 259001, PLANO, TX 75025-9001 |
| 14764845 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 15 2023 00:45:00 | TOYOTA FINANCIAL SERVICES, 2 WALNUT GROVE DR, HORSHAM, PA 19044-2219 |
| 14764849 | + | Email/Text: dbogucki@trumark.org | Jul 15 2023 00:46:47 | TRUMARK FINANCIAL CREDIT UNION, 335 COMMERCE DR, FORT WASHINGTON, PA 19034-2701 |
| 14764846 | + | Email/Text: dbogucki@trumark.org | Jul 15 2023 00:46:47 | TRUMARK FINANCIAL CREDIT UNION, ATTN: BANKRUPTCY, 335 COMMERCE DR, FORT WASHINGTON, PA 19034-2701 |
| 14764853 | + | EDI: LCIUPSTART | Jul 15 2023 04:46:00 | UPSTART, 2 CIRCLE STAR WAY, SAN CARLOS, CA 94070-6200 |
| 14764852 | + | EDI: LCIUPSTART | Jul 15 2023 04:46:00 | UPSTART, UPSTART OPERATIONS/ ATTN:BANKRUPTCY, PO BOX 1503, SAN CARLOS, CA 94070-7503 |
| 14764855 | + | EDI: WFFC2 | Jul 15 2023 04:46:00 | WELLS FARGO BANK NA, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 14764854 | + | EDI: WFFC2 | Jul 15 2023 04:46:00 | WELLS FARGO BANK NA, ATTN: WELLS FARGO BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A, DES MOINES, IA 50328-0001 |
| 14764857 | + | EDI: WFFC2 | Jul 15 2023 04:46:00 | WELLS FARGO DEALER SERVICES, PO BOX 71092, CHARLOTTE, NC 28272-1092 |
| 14764856 | + | EDI: WFFC2 | Jul 15 2023 04:46:00 | WELLS FARGO DEALER SERVICES, ATTN: BANKRUPTCY, 1100 CORPORATE CENTER DRIVE, RALEIGH, NC 27607-5066 |
| 14764859 | + | EDI: WFFC2 | Jul 15 2023 04:46:00 | WF/PREFERR, PO BOX 14517, DES MOINES, IA 50306-3517 |
| 14764858 | + | EDI: WFFC2 | Jul 15 2023 04:46:00 | WF/PREFERR, ATTN: BANKRUPTCY, PO BOX 51193, LOS ANGELES, CA 90051-5493 |

TOTAL: 67

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14764771 | *+ | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 14764769 | *+ | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 14764773 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14764774 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14764775 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14764777 | *+ | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 14764778 | *+ | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 14764779 | *+ | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 14764800 | *+ | FIRST PREMIER BANK, 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145 |
| 14764781 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850 |
| 14764782 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850 |
| 14764784 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850 |
| 14764785 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850 |
| 14764813 | *+ | LENDCLUB BNK, 595 MARKET ST, SAN FRANCISCO, CA 94105-2802 |
| 14764811 | *+ | LENDCLUB BNK, ATTN: BANKRUPTCY, 595 MARKET STREET, SUITE 200, SAN FRANCISCO, CA 94105-2802 |
| 14764815 | *+ | LENDINGCLUB, ATTN: BANKRUPTCY, 595 MARKET STREET, SUITE 200, SAN FRANCISCO, CA 94105-2802 |
| 14764816 | *+ | LENDINGCLUB, ATTN: BANKRUPTCY, 595 MARKET STREET, SUITE 200, SAN FRANCISCO, CA 94105-2802 |
| 14764818 | *+ | LENDINGCLUB, 595 MARKET ST, SAN FRANCISCO, CA 94105-2802 |
| 14764819 | *+ | LENDINGCLUB, 595 MARKET ST, SAN FRANCISCO, CA 94105-2802 |
| 14764830 | *+ | P S E C U, ATTENTION: BANKRUPTCY, PO BOX 67013, HARRISBURG, PA 17106-7013 |

| | | |
|---|---|---|
| 14764832 | *+ | P S E C U, P.O. BOX 1006, HARRISBURG, PA 17108-1006 |
| 14764850 | *+ | TRUMARK FINANCIAL CREDIT UNION, 335 COMMERCE DR, FORT WASHINGTON, PA 19034-2701 |
| 14764851 | *+ | TRUMARK FINANCIAL CREDIT UNION, 335 COMMERCE DR, FORT WASHINGTON, PA 19034-2701 |
| 14764847 | *+ | TRUMARK FINANCIAL CREDIT UNION, ATTN: BANKRUPTCY, 335 COMMERCE DR, FORT WASHINGTON, PA 19034-2701 |
| 14764848 | *+ | TRUMARK FINANCIAL CREDIT UNION, ATTN: BANKRUPTCY, 335 COMMERCE DR, FORT WASHINGTON, PA 19034-2701 |

TOTAL: 0 Undeliverable, 25 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| MARK A. CRONIN | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mfarrington@kmllawgroup.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Christopher Mossor bestcasestephen@gmail.com  dunnesr74587@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Christopher Mossor**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1139<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 23–10730–mdc | |

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christopher Mossor

<u>7/13/23</u>                                                                    **By the court:**  <u>Magdeline D. Coleman</u>
                                                                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**